No: 25-3321

Kyle Mark Hane

Appellant

v.

City of Cedar Rapids

Appellee

Mike Kitsmiller, City of Marion Chief of Police

Cassandra Gundacker, City of Cedar Rapids Police Officer, et al.

Appellees

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:25-cv-00053-LTS)

___

**ORDER**

Appellees' motions to dismiss have been considered by the court and are denied.

December 10, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Susan E. Bindler